In the United States District Court
For the Western District of Wisconsin

Case No 19-cv-230 wmc

Notice of Appeal

James McDonald,
    plaintiff

v.

Officer Murphy
    Defendant

Notice is hereby given that James Malcolm McDonald, plaintiff pro'se in the above captioned case hereby appeal to the United States Court of Appeal for the 7th Circuit from the final judgement from an Order granting summary judgement for the defendants entered in this action on the 9th day of July, 2021

Dated: August 4th 2021

Signed James McDonald
c/o Jackson Correctional Inst.
P.O. Box 233
Black River Falls, Wisconsin
54615

U.S.C.A. — 7th Circuit
RECEIVED
AUG 12 2021